IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                    No. CR S-00-0411 WBS GGH P

  vs.

TRUONG MINH TU,

      Movant.                       ORDER

_____/

        Movant, a federal prisoner proceeding pro se, has timely[1] filed a notice of appeal[2] to this court's dismissal with prejudice, on May 1, 2008, of his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, as untimely. Before movant can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues

---

[1] Fed. R. App. P. 4(a)(1)(B): "When the United States .... is a party, the notice of appeal may be filed by any party within 60 days after the judgment or order appealed from is entered."

[2] Movant's request for a certificate of appealability is to be construed as a notice of appeal. Ortberg v. Moody, 961 F.2d 135, 137 (9th Cir. 1992)("a request for a certificate of probable cause can serve 'double duty' as notice of appeal") [internal quotations omitted].

1

1  satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

2        A certificate of appealability should be granted for any issue that movant can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[3]

      Although movant seeks to raises the merits of his motion as grounds for his appeal, that is inappropriate when the merits of his claims were not reached based on the court's determination that the motion should be dismissed as untimely.  Instead, the court will construe movant as having appealed the actual basis of the dismissal.

      Therefore, the court will find that movant has made a substantial showing of the denial of a right on the issue presented in the instant § 2255 motion of whether movant is entitled to equitable tolling.

      Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED:  June 26, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/truo0411.830

---

[3] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.

2