UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TU MINH TRUONG,<br><br>        Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CIV. NO. 2:14-2450 WBS<br><br>CR.  NO. 2:00-411  WBS<br><br><u>ORDER</u> |

----oo0oo----

On October 3, 2014, petitioner Tu Minh Truong filed a motion pursuant to 28 U.S.C. § 2255.  The United States shall file an opposition to petitioner's motion no later than November 25, 2014.  Petitioner may then file a reply no later than December 9, 2014.  The court will then take the motion under submission and will inform the parties if oral argument or

1

1  further proceedings are necessary.
2          IT IS SO ORDERED.
3  Dated:  October 28, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE