UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>TU MINH TRUONG,<br><br>             Defendant. | No.  2:00-cr-0411 WBS<br><br>No.  2:14-2450 WBS<br><br>**ORDER** |

----oo0oo----

On October 3, 2014, petitioner filed a motion pursuant to 28 U.S.C. § 2255.  On October 29, 2014, the court ordered that the United States file an opposition to the motion no later than November 25, 2014, and that petitioner may file a reply no later than December 9, 2014.  The United States timely filed its opposition on November 20, 2014, and moved to dismiss the petition.  The time has now passed for petitioner to file a reply, and petitioner has filed no reply.  Accordingly, the court now takes the matter under submission.

1         This is petitioner's second, successive petition under
2  § 2255.  His first petition was filed on January 28, 2007, and on
3  April 30, 2008, the court adopted the findings and recommendation
4  of the magistrate judge and dismissed the petition on the ground
5  that it was untimely and that petitioner was not entitled to
6  equitable tolling.  Petitioner appealed from that order, and on
7  June 18, 2010 the Ninth Circuit affirmed the dismissal of that
8  first petition.

9         The claims petitioner seeks to raise in his second
10 petition, alleging ineffective assistance of counsel, were either
11 raised or could have been raised in his first petition.  See
12 Cooper v. Calderon, 274 F.3d 1270, 1273 (9th Cir. 2001).  Neither
13 in his first petition nor in his second petition does petitioner
14 point to facts sufficient to entitle him to equitable tolling
15 such as to excuse the more than six year delay between the denial
16 of his first petition and the filing of his second petition.

17        Petitioner has not received a certificate of
18 appealability from the Court of Appeals pursuant to 28 U.S.C. §§
19 2244 and 2255(h).  Nor would this court issue one under the
20 present circumstances.  Accordingly, this court lacks
21 jurisdiction to consider the pending petition.  See United States
22 v. Allen, 157 F.3d 661 (9th Cir. 1998)

23        IT IS THEREFORE ORDERED that petitioner's motion for
24 relief pursuant to the provisions of 28 U.S.C. § 2255 in case No.
25 00-cr-0411 (Docket No. 227) be, and the same hereby is DENIED,
26 and the pending petition is hereby DISMISSED.  The Clerk is
27 ordered to close case No. 2:14-cv-2450-WBS.
28 ///

Dated: December 31, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE