UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TU MINH TRUONG, <br>         Petitioner, <br>     v. <br> UNITED STATES OF AMERICA, <br>         Respondent. | **CR. NO.** 2:00-0411 WBS <br><br> <u>ORDER</u> |

----oo0oo----

    On September 19, 2016, petitioner Tu Minh Truong filed a pro se motion for relief from judgment. (Docket No. 235.) The United States shall file an opposition to petitioner's motion no later than October 26, 2016. Petitioner may then file a reply no later than November 16, 2016. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

    IT IS SO ORDERED.

1

1 | Dated:   September 22, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE