UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TU MINH TRUONG,<br><br>　　　　　Defendant. | No. 2:00-CR-0411-02 WBS<br><br><br>**ORDER** |

----oo0oo----

　　　　Defendant's request for an additional fifty days to respond to the Government's Response to Defendant's Motion Under The All Writs Act is granted.  Defendant shall file his reply brief on or before March 3, 2017.  The court will then take the motion under submission.

　　　　IT IS SO ORDERED.

Dated:　January 11, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1