UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TU MINH TRUONG,<br><br>　　　　Defendant. | No. 2:00-CR-411-02 WBS<br><br>**ORDER** |

----oo0oo----

　　　　Defendant's Motion under the All Writs Act (Docket No. 235) is DENIED. The All Writs Act, 28 U.S.C. § 1651(a), is to be used "sparingly and only in the most critical and exigent circumstances." Ohio Citizens for Responsible Energy, Inc. v. NRC, 479 U.S. 1312, 1313 (1986). Such circumstances do not exist here. Defendant's conviction was affirmed by the Ninth Circuit on August 10, 2005. United States v. Truong, 142 Fed.Appx. 968 (9th Circuit 2005). His petition under 28 U.S.C. § 2255 was later denied by this court on April 30, 2008 (Docket No. 213), and that order was affirmed by the Ninth Circuit on June 18,

1  2010.  (Docket No 221.)  A second motion under § 2255 was denied
2  on December 31, 2014 (Docket No. 233.)
3          There is nothing extraordinary in defendant's present
4  petition which was not or could not have been raised in his
5  previous appeals.  His argument that the indictment charging him
6  was invalid because 18 U.S.C. § 844(i) is not a "charging
7  statute" is without merit.  In light of the court's determination
8  on this motion, defendant's other motions, for appointment of
9  counsel, evidentiary hearing, and bail (Docket Nos. 243 and 244)
10 are also DENIED.
11         IT IS SO ORDERED.
12 Dated:  March 15, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE