UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TU MINH TRUONG,<br><br>　　　　　Defendant. | No. 2:00-CR-411-02 WBS<br><br>**Court of Appeals No. 17-15566**<br><br>ORDER RE: CERTIFICATE OF APPEALABILITY |

----oo0oo----

　　　　Before the court is the April 4, 2017 order of the Ninth Circuit Appellate Commissioner Peter Shaw remanding defendant's appeal of this court's denial of defendant's Motion under the All Writs Act "for the limited purpose of granting or denying a certificate of appealability." [1]

---

[1] Defendant's conviction was affirmed by the Ninth Circuit on August 10, 2005. United States v. Truong, 142 F. App'x 968 (9th Cir. 2005). His petition under 28 U.S.C. § 2255 was later denied by this court on April 30, 2008 (Docket No. 213), and that order was affirmed by the Ninth Circuit on June 18, 2010 (Docket No. 221). Truong filed a second motion under section 2255, which this court denied on December 31, 2014. (Docket No. 233.)

1

1   This court is unaware of any authority, and the Appellate Commissioner has cited none, which applies the certificate of appealability requirements of habeas corpus proceedings to petitions under the All Writs Act, 28 U.S.C. § 1651(a).  Indeed, 28 U.S.C. § 2253 by its express terms applies to "a habeas corpus proceeding or a proceeding under section 2255," without any reference to petitions under the All Writs Act.  Thus, defendant does not need a certificate of appealability to appeal the denial of his Motion.  See, e.g., United States v. Chan, Case No. CR 93-00583 RGK, 2013 WL 12081169 (C.D. Cal. Nov. 19, 2013) (dismissing defendant's petition under 28 U.S.C. § 1651(a) without any discussion of a certificate of appealability); United States v. Chan, 792 F.3d 1151 (9th Cir. 2015) (addressing the district court's dismissal of defendant's petition under 28 U.S.C. § 1651(a) and omitting any discussion of the district court's failure to address whether a certificate of appealability should be granted or denied.).

The court therefore DECLINES to issue a certificate of appealability regarding the denial of defendant's petition under the All Writs Act.  The Clerk is instructed to forward a copy of this Order to the Clerk of the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:  April 4, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE